# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80992 **FILED**<br><br>DEC 01 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80993 |
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80994 |

## ORDER VACATING AND REMANDING

These are consolidated appeals from judgments of conviction, pursuant to guilty pleas, of felon in possession of a firearm, possession, manufacture, or disposition of a short-barreled rifle or shotgun, and second-degree kidnapping. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

The State concedes that the district court's sentence on appellant Anthony Quinones' conviction for possession of a short-barreled shotgun exceeds the available sentencing range, and that as a result, the aggregate sentences reflected on the related judgments of conviction must

20-43434

also be adjusted.  Given the State's concession, we vacate and remand for resentencing and entry of amended judgments of conviction.

It is so ORDERED.[1]

_Pickering_ , C.J.
Pickering

_Hardesty_ , J.
Hardesty

_Silver_ , J.
Silver

cc:     Hon. Egan K. Walker, District Judge
        Washoe County Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

---

[1]To the extent Quinones has counsel below, he must proceed by and through his counsel.